FILED
JAN 1 8 2008
1-18-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BRAD LIEBERMAN, )
) 
        Plaintiff, ) No. 00 C 5662
)
v. )
) Hon. Wayne Andersen,
TIMOTHY BUDZ, et al., ) Judge Presiding.
)
        Defendants. )

## PLAINTIFF'S MOTION FOR JUDGMENT OF DEFAULT

    Now comes the Plaintiff, BRAD LIEBERMAN, pro se and he moves for Entry of Judgment of Default against Defendants BAKER: DOLL: CAREY: MONAHAN: BUKOWSKI: STEINER AND FEWS.

In support thereof, the Plaintiff states that:

    1. Each of the Defendants named in this lawsuit have been served and Ordered to respond or otherwise plead by Order of this Court.

    2. The statutory and Court Ordered deadlines for Defendants to respond has long passed and to date, with the exception of Defendant TIMOTHY BUDZ, the above listed Defendants have failed to respond or otherwise plead.

    3. That this case has been pending for about $7\frac{1}{2}$ years and the Defendants are well aware of the action before the Court. The Defendants have been served and ordered to respond and have failed to do so.

    4. The above listed Defendants are clearly in Default.

    5. Plaintiff moves for entry of judgment on his behalf and for a "prove-up" hearing to be scheduled where damages can be assessed and awarded.

    Wherefore, for all of the above stated reasons, the Plaintiff moves and Motions this Honorable Court to Enter Judgment of Default and to award damages as demanded in the Complaint or in the alternative, for a "prove-up" hearing to be set in the near future to assess damages.

Respectfully,

Brad Lieberman