# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRAD LIEBERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 00 C 5662 |
| | ) | |
| v. | ) | The Honorable David H. |
| | ) | Coar |
| TIMOTHY BUDZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR JUDGMENT ON THE PLEADINGS
## AS TO THE CLAIMS AGAINST DR. CAREY

Defendant DR. EDWIN CAREY, by and through his attorney, LISA MADIGAN, Attorney General of Illinois, brings this Motion For Judgment On The Pleadings As To The Claims Against Dr. Carey, pursuant to Federal Rules of Civil Procedure 12(c) and 12(h)(2). For the reasons set forth in his Memorandum of Law in Support of the Motion for Judgment On The Pleadings As To The Claims Against Dr. Carey, Defendant Dr. Carey respectfully request that this Court grant this motion in his favor.

Respectfully Submitted,

LISA MADIGAN
Attorney General of Illinois

s/ Christopher E. Walter

CHRISTOPHER E. WALTER
Assistant Attorney General
General Law Bureau
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-4416